IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 3 1 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02075-BNB

GEORGE D. BROCHES,

Applicant,

v.

HARLEY G. LAPPIN, Director, Federal Bureau of Prisons (F.B.O.P.), and
RENE GARCIA, Warden, Federal Correctional Institution (FCI) Englewood,

Respondents.

---

ORDER TO CURE DEFICIENCY

---

Applicant, George D. Broches, is a prisoner in the custody of the Federal Bureau of Prisons at the Federal Correctional Institution at Englewood, Colorado. Mr. Broches has filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the application is deficient because it is not filed on the proper form approved for use by prisoners in this court as required by the court's local rules. Mr. Broches will be directed to cure this deficiency if he wishes to pursue his claims in this court in this action. Accordingly, it is

ORDERED that Mr. Broches cure the deficiency identified in this order **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that the clerk of the court mail to Mr. Broches, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Broches fails to cure the deficiency identified in this order within the time allowed, the action will be dismissed without further notice.

DATED August 31, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02075-BNB

George D. Broches
Reg No. 12671-424
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 8/31/10

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk